E-FILED
Wednesday, 10 April, 2019  11:30:08 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA, ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.  18-CR-20021** |
| | ) | |
| **ROBERT PENNINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### RESPONSE TO RULE TO SHOW CAUSE

Now comes BAKU N. PATEL of PATEL LAW, P.C., hereby responds to the Rule to Show Cause issued on April 9, 2019 and states as follows:

1.      I was appointed on March 2, 2019 to represent the Defendant.

2.      There is considerable discovery that needed to be reviewed consisting primarily of videos pertaining to two traffic stops and subsequent search of his person and vehicle.

3.      I visited the Defendant at the Kankakee County Correctional Center on March 27, 2019 to discuss all aspects of his case.  The Defendant requested that I obtain and review the Motion to Suppress hearing transcripts to discuss any potential additional motions that can be filed.

4.      On April 6, 2019, I reached out to Assistant Public Defender Johanes Maliza who filed and argued the Motion to Suppress to determine if he had requested and obtained the transcript.  On April 8, 2019, Mr. Maliza kindly emailed the transcript to me.

5.      Due to the recency of my appointment and the need to obtain the transcript, I communicated via email with AUSA Ryan Finlen on Saturday, April 6, 2018 whether we could do a Joint Continuance of the pretrial and trial setting on April 9, 2019 to which he agreed.  In that same email, I informed Mr. Finlen I was going to be out of town on April 9, 2019 and that attorney Kevin Markes from my office was going to cover since it was an Agreed (Joint) Motion to Continue.

6.      I have a 17- year son who is a senior at Urbana High School.  He has applied and been accepted to several universities to which he must make a commitment on or before April 30, 2019.  This requires me to make a substantial, non-refundable deposit so it is very important that he makes an informed decision to attend a college of his liking. Hence, we have been traveling to some of his final choices.  He wishes to continue debating at the college level and has been in communication with debate coaches at those schools to meet and discuss that possibility.    Recently, we traveled to Dartmouth College to visit their debate coach. Subsequently, he scheduled a meeting with the debate coach at Northwestern University on April 9, 2019 at 11:00 am (same day as the pretrial in this cause).  He chose that day since all seniors at his high school had the

day off due to PSAT/SAT testing for 9th - 11th graders, and that was a day the coach had available time to meet with him.

7.        I did not consider notifying the court that Attorney Markes from my office would cover the Pre-trial hearing on my behalf.  The reason is that he has covered for me on prior occasions before both Judge Colin Bruce and Judge Eric Long on only agreed continuances without any issues.  I have been in private practice since 2002 and have been a CJA Panel member during most of that time.  I have countless times in those years had associates or past partners cover federal hearings on my behalf when there were conflicts on my schedule or if I was unavailable for other reasons.  I manage three law offices in the Central Illinois area, so conflicts have arisen on many occasions.  Most of those were either before Judge Michael McCuskey or Judge Colin Bruce, neither of whom raised a concern previously.  Therefore, I did not believe this Court would have any particular objection in allowing another attorney from my office cover an Agreed/Joint Motion to Continue.

8.        Since the Court has indicated it does not share the same view as my experiences with other judges (at the State and Federal level), I will not ask him or any other attorney from my office to cover for me at future proceedings.

9.        Therefore, I am requesting the Court not find me in contempt, issue a violation or enter a judgement against me for the reasons stated above.

10.        I am willing to withdraw from this matter as well as three other CJA appointed cases (Vanderploeg, Osborne and Orr). I have a few privately retained cases that I prefer to complete (with only one of those before your Honor) as each have a right to counsel of their choice.  Additionally, I will reach out to the clerk, Federal Public Defender Thomas Patton and our CJA Panel representative to withdraw my name from the panel.


WHEREFORE, Baku N. Patel, Attorney at Law, hereby requests the Court to rule that he is not in contempt of the Rule to Show Cause issued by this Court on April 9, 2019.

Respectfully submitted,


s/Baku N. Patel
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Patel Law, P.C.
Attorneys at Law
108 W. University Ave.
Urbana, Illinois 61802
Telephone:  (217) 384-1111
Fax:  (217) 384-7058
E-mail: bpatel@patellawteam.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 18-CR-20021 |
| | ) | |
| ROBERT PENNINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
201 S. Vine
Urbana, IL 61801

s/Baku N. Patel
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Patel Law, P.C.
Attorneys at Law
108 W. University Ave.
Urbana, Illinois 61802
Telephone:  (217) 384-1111
Fax:  (217) 384-7058
E-mail: Baku@patellawteam.com