UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 18-CR-20021 |
| ROBERT PENNINGTON, | ) ) ) |
| Defendant. | ) |

## MOTION TO CONTINUE JURY TRIAL

Now comes the Defendant, ROBERT PENNINGTON, by and through his attorney, BAKU N. PATEL of PATEL LAW, P.C., and hereby moves this Honorable Court to continue the jury trial, which is currently set for July 23, 2019 at 9:00 a.m. In support thereof, the Movant states as follows:

1. This Motion to Continue is filed to provide the Court, in advance of the scheduled Final Pre-trial of May 8, 2019, the parties status of the case.

2. The Defendant nor his counsel are requesting the Defendant's presence be waived. In fact, the Defendant wants to appear in court and at that time, if the Court grants a continuance, an ends of justice finding be made in his presence. This Motion to Continue is filed for the sole purpose of providing the Court the current posture of the case prior to the Final Pre-trial Conference.

3. The status of the case is as follows:
    a. Counsel has received and reviewed the transcript of the Motion to Suppress.
    b. Counsel has met with the Defendant to discuss the previous Motion and other legal issues surrounding the traffic stop in this case. The Defendant has asked Counsel to research additional legal challenges to the stop. Counsel is still in the process of completing the research and will then need additional time to discuss those findings with the Defendant. At present, there likely will be a 2nd Motion to Suppress raising challenges that were not briefed or argued previously.
    c. Additionally, Counsel has requested additional (unredacted) parts of the discovery which are relevant to the issues at hand. The Government has proposed providing those to the Court for in camera inspection to determine what, if any, portions of the discovery can remain redacted or provided unredacted to the defense.
    d. Finally, there are 6245 pages of discovery tendered in this case. Counsel needs additional time to review them to identify relevant portions to any potential pre-trial motions and for

trial. The Defendant has expressed to Counsel that at no time has he had a chance to review any written discovery by either of his prior court appointed attorneys.

4. The Government is not objecting to said continuance.
5. Neither party will be prejudiced by granting a continuance in this matter.

WHEREFORE, Counsel for the Defendant respectfully requests that the jury trial date be vacated and the matter set for either Status or Pre-trial date and for another jury trial date thereafter for the above-stated reasons.

          Respectfully submitted,

          s/Baku N. Patel
          Baku N. Patel - Bar No.: 6244272
          Attorney for Defendant
          Patel Law, P.C.
          Attorneys at Law
          108 W. University Ave.
          Urbana, Illinois 61802
          Telephone: (217) 384-1111
          Fax: (217) 384-7058
          E-mail: Baku@patellawteam.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 18-CR-20021 |
| ROBERT PENNINGTON, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
201 S. Vine
Urbana, IL 61801

s/Baku N. Patel
Baku N. Patel - Bar No.: 6244272
Attorney for Defendant
Patel Law, P.C.
Attorneys at Law
108 W. University Ave.
Urbana, Illinois 61802
Telephone: (217) 384-1111
Fax: (217) 384-7058
E-mail: Baku@patellawteam.com