# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Case No. 18-CR-20021 |
| ROBERT L. PENNINGTON, JR., | ) |
| Defendant. | ) |

## SECOND AMENDED PROPOSED STATEMENT OF THE CASE

The defendant is charged with possessing with the intent to distribute 28 grams or more of cocaine base ("crack") on January 23, 2018, in Douglas County, Illinois. The defendant has pled not guilty.

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

s/*William J. Lynch*
IL Bar No. 6324270
Assistant United States Attorney
United States Attorney's Office
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: (217) 373-5875
William.Lynch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to Defendant's standby counsel of record, Daniel Fultz, for immediate notification. A copy of this response will also be sent to Defendant individually via Federal Express with overnight delivery to:

Mr. Robert L. Pennington, Jr.
Knox County Law Enforcement Center--Knox County Jail
Inmate Mail/Parcels
152 S Kellogg Street
Galesburg, IL 61401

s/ *WILLIAM J. LYNCH*
*Assistant United States Attorney*
