IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the United States |
| | ) | District Court for the Central |
| Plaintiff, | ) | District of Illinois |
| | ) | |
| v. | ) | Case No. 18-cr-20021 |
| | ) | 23-3315 |
| | ) | |
| ROBERT L. PENNINGTON, JR., | ) | *The Honorable* |
| | ) | S*ara Darrow,* |
| Defendant. | ) | *United States* |
| | ) | *District Judge, Presiding.* |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**NOW COMES** Daniel L. Fultz, attorney for Defendant, pursuant to Rule 27(a), F.R.A.P., and Circuit Rule 51(c), and in support of his Motion to Withdraw as Attorney of Record, represents unto this Honorable Court as follows, that:

1. On or about September 22, 2022, undersigned counsel was appointed to represent the Defendant in the above-captioned trial-court proceedings and has represented the Defendant on an uninterrupted basis since the date of appointment.

2. On or about November 29, 2023, when the Defendant was sentenced, and judgments of convictions were then entered, the trial-court-level services of the undersigned were concluded and his representation of and obligations to this Defendant in the trial-court came to conclusion.

3. Undersigned counsel does not, in the normal course, represent clients on appeal, deferring that important task to those with experience and expertise therein. Moreover, undersigned counsel is not admitted to practice in

the United States Court of Appeals for the Seventh Circuit and has never previously handled a matter in this Honorable Court.

5.   Undersigned counsel now seeks leave of this Honorable Court to withdraw as attorney of record on appeal for Defendant.

**WHEREFORE,** Daniel L. Fultz prays this Honorable Court for leave to withdraw as attorney of record for the Defendant, Robert L. Pennington, and that Defendant be provided with substitute court-appointed counsel to assist him with the presentation of his claims of error on appeal, and for such other and further relief as this Court deems just and equitable.

   Respectfully Submitted,

   **ROBERT L. PENNINGTON**,
   Defendant.

   **BROWN, HAY & STEPHENS, LLP**

   By:   /s/ Daniel L. Fultz
         Daniel L. Fultz
         Reg. No. 6282911
         **BROWN, HAY & STEPHENS, LLP**
         205 South Fifth Street
         P.O. Box 2459
         Springfield, IL 62705
         Telephone: (217) 544-8491
         Fax: (217) 241-1333
         E-mail:   dfultz@bhslaw.com
         cc:        jsisson@bhslaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

William Lynch
Assistant United States Attorney
Central District of Illinois
Urbana Division

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Robert Pennington
c/o Knox County Jail
Inmate Mail/Parcels
152 S. Kellogg Street
Galesburg, IL 61401

**BROWN, HAY & STEPHENS, LLP**

By:   /s/ Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 241-1333
E-mail:   dfultz@bhslaw.com
cc:   jsisson@bhslaw.com

3